# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3: 11cr287

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **THOMAS LAVON SMITH, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

THIS MATTER is before the court on Sonia Michell Smith's "Claim" and the government's Motion to Strike Claim or Petition. Having considered Sonia Michell Smith's "Claim" and the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that the government's Motion to Strike Claim or Petition (#20) is GRANTED, and Sonia Michell Smith's "Claim" is STRICKEN for the reasons provided in support of the government's motion.

Signed: January 27, 2012

Max O. Cogburn Jr.
United States District Judge