UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-287-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | ORDER |
| | ) | |
| **THOMAS LAVON SMITH,** | ) | |
| Defendant**.** | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion for Compassionate Release. (Doc. No. 61). The Court will require a response from the Government before ruling on the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: May 19, 2020

Max O. Cogburn Jr
United States District Judge